STATE OF NORTH CAROLINA v. GEORGE LEWIS GRIFFIN

No. 732SC54

(Filed 9 May 1973)

ON *certiorari* to review the order of *Cohoon, Judge,* at the 6 March 1972 Session of Superior Court held in MARTIN County.

Defendant was charged in an indictment with felonious larceny of five white hogs having a value in excess of two hundred dollars.

Upon a plea of not guilty, the State offered evidence tending to show the following. On 14 February 1972, William H. Revels had 56 hogs on the Purvis farm, a farm which he manages about one mile from Everetts, N. C. On 16 February 1972, Revels checked his hogs and discovered that five white hogs weighing approximately 200 pounds each were missing. Based on an average weight of 200 pounds each, the value of these hogs was approximately $275. Revels testified that on 14 February 1972 he had seen a truck in the vicinity of his farm with two men in it, and that he later saw the same truck in Everetts.

John Locke testified that on 14 February 1972 he had given defendant a ride to Williamston. During this ride defendant asked Locke whether he had a truck. Defendant told Locke that he had five hogs he needed to move, and that he would pay for help and the use of a truck in moving them. Locke borrowed his brother-in-law's truck, and, at defendant's direction, drove out to a barn (later identified as being on the Purvis property where Revels raised his hogs) at about 4:30 p.m. on 14 February 1972. Locke stopped the truck near the barn for two or three minutes. Another truck approached and defendant told Locke to turn around and drive back to Everetts, where they could get another man to help them load the hogs. At about 7:30

p.m. on 14 February 1972, Locke drove defendant and one Willie Pugh back out to the barn on the Purvis farm and helped them load five hogs weighing approximately 200 pounds each into the truck. They stored the hogs overnight in a burned-out old house, and on 15 February 1972 Locke sold the hogs for defendant at a hog market near highway 258. The hogs sold for $237, and defendant gave Locke $100 of this money for his assistance. Locke was also charged with larceny for his part in the described events.

Defendant presented evidence which tended to show the following: that defendant had ridden to Williamston with Locke on 14 February 1972; that he did not go to the Purvis farm and help load the hogs; that he did not help Locke and Pugh put hogs in a house on the night of 14 February 1972; that he never gave Locke any money for the sale of hogs and never received any money from the hog sale.

From a jury verdict of guilty of felonious larceny and a sentence of 7-10 years, defendant appealed.

*Attorney General Morgan, by Deputy Attorney General Vanore, for the State.*

*Milton E. Moore for defendant.*

BROCK, Judge.

We have carefully reviewed the record and find no prejudicial error. Defendant was charged in an indictment, proper in form; he was represented by competent counsel; and he was given an opportunity to present evidence and cross-examine witnesses. The trial court's charge to the jury fairly presented the case, and the sentence imposed is within the statutory limits.

Defendant received a fair trial, free from prejudicial error.

No error.

Judges MORRIS and PARKER concur.